**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Courtland Tatum, Sr.
In Proper Person
PO Box 4830
Pineville LA 71360

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on April 16, 2025

**REHEARING ACTION: April 16, 2025**

**Docket Number: 24   00402-CA consolidated with 24   00401-CA & 24   00403-CA**

**COURTLAND TATUM, SR.**
**VERSUS**
**TEREASA DOYLE, ET AL.**

**Appealed from Rapides Parish Case No. 270,668**

**BEFORE JUDGES:**

> **Hon. Shannon J. Gremillion**
> **Hon. Charles G. Fitzgerald**
> **Hon. Guy E. Bradberry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Courtland Tatum, Sr.** has this day been

> **DENIED.**

Also, the "Motion for Written Opinion to the Honorable Judges of the Louisiana 3rd

Circuit Court of Appeals" filed by **Courtland Tatum, Sr.** has this day been

> **DENIED.**

cc: Paul Mantle Lafleur, Counsel for the Appellee
    Katherine P. Martin, Counsel for the Appellee
    Christine Wells, Counsel for the Appellee
    Brian Thomas Carr, Counsel for the Appellee